**IN THE HIGH COURT OF JUSTICE** | **1997 Folio No. 455**

**QUEEN'S BENCH DIVISION**

**COMMERCIAL COURT**

**BETWEEN:**

**THE SOCIETY OF LLOYD'S** — **Plaintiff**

SUPREME COURT OF JUDICATURE · ADMIRALTY & COMMERCIAL REGISTRY
24 JUN 1997

**AND**

**BRUCE G SUNDLUN** — **Defendant**

---

**J U D G M E N T**

---

Dated the 24th day of June 1997

The Plaintiff having undertaken not to pursue the balance of the claim in the Writ therein and no notice of intention to defend having been given by the Defendant herein

**IT IS THIS DAY ADJUDGED** that the Defendant do pay the Plaintiff £98,380.75 (being £92,961.00 in principal plus interest of £5,419.75) and £389.25 costs.

CERTIFIED TRUE COPY
Signed: N. P. Demery
Legal Services Department
Lloyd's

DIBB LUPTON ALSOP
6 Dowgate Hill
London EC4R 2SS

Solicitors for the Plaintiff

Ref: SGD/CJJ

**APOSTILLE**
(Hague Convention of 5 October 1961 / Convention de La Haye du 5 octobre 1961)

**UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND**

1. Country: United Kingdom of Great Britain and Northern Ireland
   Pays: Royaume-Uni de Grande-Bretagne et d'Irlande du Nord

   This public document / Le présent acte public

2. Has been signed by
   a été signé par

3. Acting in the capacity of
   agissant en qualité de

4. Bears the seal/stamp of **Admiralty and Commercial Registry**
   est revêtu du sceau/timbre de

   Certified/Attesté

5. at London/à Londres
6. the/le **10 January 2006**

7. by Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs /
   par le Secrétaire d'Etat Principal de Sa Majesté aux Affaires Etrangères et du Commonwealth.

8. Number/sous No **G899506**

9. Stamp:
   timbre:

10. Signature: **P. Hunting**

FOREIGN AND COMMONWEALTH OFFICE
LONDON

*For the Secretary of State / Pour le Secrétaire d'Etat*

**If this document is to be used in a country which is not party to the Hague Convention of 5 October 1961, it should be presented to the consular section of the mission representing that country.** An apostille or legalisation certificate only confirms that the signature, seal or stamp on the document is genuine. It does not mean that the contents of the document are correct or that the Foreign & Commonwealth Office approves of the contents.

1997 Folio No.

IN THE HIGH COURT OF JUSTICE

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

B E T W E E N :

**THE SOCIETY OF LLOYD'S**

Plaintiff

**- v -**

**BRUCE G SUNDLUN**

Defendant

---

**JUDGMENT**

---

DIBB LUPTON ALSOP
6 Dowgate Hill
London EC4R 2SS

Tel: 0171 796 6625
Fax: 0171 410 0866

Solicitor for the Plaintiff

Ref: SGD/CJJ