**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE SOCIETY OF LLOYD'S,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 06-106T** |
| **BRUCE G. SUNDLUN,** *Defendant* | : | |

**STIPULATION**

It is hereby agreed that Robert G. Flanders, Jr., Esquire accepts service of process on behalf of Defendant Bruce G. Sundlun in the above-captioned matter.

It is further agreed that the time within which Defendant Bruce G. Sundlun may answer or otherwise responsively plead to the Complaint in this matter is hereby extended up to and including April 21, 2006.

Matthew T. Oliverio, Esquire (#3372)
Attorney for Plaintiff
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

Dated: 3/31/06

Robert G. Flanders, Jr., Esquire (#1785)
Attorney for Defendant
HINCKLEY ALLEN SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
rflanders@haslaw.com

Dated: 3/29/06

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE