IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 08 2006
Property of U.S. District Court
District of Rhode Island

THE SOCIETY OF LLOYD'S,
Plaintiff,

v.

BRUCE G. SUNDLUN,
Defendant.

C.A. No. 06-106-T

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS**

Plaintiff, The Society of Lloyd's, and Defendant, Bruce G. Sundlun, agree to extend the time within which Plaintiff may respond to Defendant's First Set of Interrogatories and First Set of Document Requests to on or before Thursday, June 8, 2006. Plaintiff and Defendant respectfully request that the Court grant this stipulated extension of time.

THE SOCIETY OF LLOYD'S
By its Attorney,

Matthew T. Oliverio (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 (fax)
mto@om-rilaw.com

BRUCE G. SUNDLUN
By his attorneys,

Robert G. Flanders (amp)
Anna M. Piazza

Robert G. Flanders, Jr. (#1785)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com

Dated: June 1, 2006.

ENTERED as an Order of this Honorable Court this 16 day of June, 2006.

ENTER:

Ernest C. Torres

PER ORDER:

#717654v1
047702/127777