## SCHEDULE 1

### The Substitute Agents Byelaw

1. The Council may, at its sole discretion, appoint a specified person to act as agent or sub-agent (a "Substitute Agent") for any underwriting member of the Society as to the whole or any part of that member's underwriting business:-

   (a) where such member has no underwriting agent for the whole or such part of his underwriting business; or

   (b) where in the opinion of the Council:

      (i) such appointment is in the interests of such member; or

      (ii) it is essential for the proper regulation of the business of insurance at Lloyd's ...

2. Where a Substitute Agent is appointed pursuant to this byelaw, the Council way give such directions as it considers appropriate:-

   (a) to the Substitute Agent; and/or

   (b) to an underwriting agent who at any time has acted for such member or who is subject to suspension (the "Prior Underwriting Agent");

   in connection with the appointment of the Substitute Agent and the continuation of the agency business of the Prior Underwriting Agent or concerning the underwriting business of any member of the Society ...

3. Where a Substitute Agent is appointed pursuant to this byelaw, the Council may:-

(a) give such directions to any member of the Society ... as the Council may consider appropriate in connection with the appointment of the Substitute Agent and the continuation of the agency business of the Prior Underwriting Agent or concerning the underwriting business of any member of the Society or for the protection of any Lloyd's policy holder, the Society, any member of the Society ...

4. Where a direction is made under paragraph 2 or 3 of this byelaw, such direction shall take effect notwithstanding any contrary or inconsistent provision contained in any agreement between the Prior Underwriting Agent and any member of the Society.