S W Casey
First
13 June 1997
Plaintiff

1997 FOLIO NO. 164 AND OTHERS

IN THE HIGH COURT OF JUSTICE

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

B E T W E E N :

THE SOCIETY OF LLOYD'S

Plaintiff

- and -

SIMON ROBERT NIMMO BOOTH AND OTHERS

Defendants

# AFFIDAVIT

I STUART WILLIAM CASEY of 6 Dowgate Hill, London EC4R 2SS, MAKE OATH and SAY as follows:-

1. I am a trainee solicitor employed by the firm Dibb Lupton Alsop of the above address, solicitors for the Plaintiff, working under the supervision of Susan Dingwall, a partner in the firm. Ms Dingwall has the care and conduct of each of the actions set out in the schedule comprising "SC 1" exhibited hereto. I am duly authorised to make this Affidavit on behalf of the Plaintiff and the facts and matters deposed to herein are all within my own knowledge.

2. On Friday 23 May 1997, Susan Dingwall instructed Rebecca Anniss (a paralegal with the firm) and I to effect service of

proceedings in respect of each of the actions set out at pages 1 - 3 of "SC 1". Pursuant to these instructions, at approximately 16.00 hours on 23 May 1996, Ms Anniss and I did serve each of the Defendants with true copies of the Writs of Summons in each of the actions set out at pages 1 - 3 of "SC 1" by personally delivering them to Mr Joseph Bradley, a Director of Additional Underwriting Agencies (No 9) Limited, at its registered office address, One Lime Street, London EC3M 7HA.

3 The said copy Writs were duly sealed with the seal of the Court office out of which they were issued and were accompanied by the prescribed form of Acknowledgement of Service.

SWORN at 6&8 Queen St London )
EC4 )
)

This 13th day of June 1997

Before me [signature]

BRYONY RITCHIE

.......................................
Solicitor

This Affidavit is filed on behalf of the Plaintiff.

S W Casey
First
13 June 1997
Plaintiff

1997 FOLIO No. 164 AND OTHERS

IN THE HIGH COURT OF JUSTICE

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

B E T W E E N:-

THE SOCIETY OF LLOYD'S — Plaintiffs

-and-

SIMON ROBERT NIMMO BOOTH AND OTHERS — Defendant

# EXHIBIT

This is the exhibit marked "SWC 1" referred to in the Affidavit of STUART WILLIAM CASEY sworn this 13th day of June 1997.

Before me: B Ritchie
BRYONY RITCHIE

A Solicitor

SCHEDULE

10:27

| Member | Name | RITC Issue | RITC Folio |
|---|---|---|---|
| 032416S | Mr S R N Booth | 29/01/97 | 164 |
| 044118Q | Mr H Bekkestad BSc | 29/01/97 | 165 |
| 042679E | Mr S Bardis | 29/01/97 | 166 |
| 020180G | Mr S A M Adshead | 29/01/97 | 167 |
| 035739G | Mr E M Arnot BSc(Eng) | 29/01/97 | 168 |
| 024369K | Mr W E Cherry | 29/01/97 | 169 |
| 047821J | Mr L Lervik | 29/01/97 | 173 |
| 032399Q | Mr P J Loughran | 29/01/97 | 174 |
| 029113A | Mr I C McClintock | 29/01/97 | 175 |
| 043193B | Mr J Monaghan | 29/01/97 | 176 |
| 026945B | Mr A Furnivall | 29/01/97 | 189 |
| 047721V | Mr K H Jahre | 29/01/97 | 191 |
| 026672S | Mr P R W Junes | 29/01/97 | 192 |
| 013129Z | Mr R A Davies | 29/01/97 | 193 |
| 013127C | Mrs S E Neilson | 29/01/97 | 196 |
| 044085X | Mr P-O Olsen | 29/01/97 | 197 |
| 033626F | Mrs M F Gallagher | 29/01/97 | 212 |
| 052026V | Miss Liza-Anastasia-B Inglessis | 31/01/97 | 252 |
| 037811A | Mrs E Feuk Weinbeck | 12/02/97 | 341 |
| 013175S | Mr H C Melin | 12/02/97 | 342 |
| 017311H | Mrs Y M Melin | 12/02/97 | 343 |
| 041178N | Captain R S Oakes MNI | 12/02/97 | 344 |
| 051607L | Mr H G Feuk | 12/02/97 | 346 |
| 037810L | Mrs M Feuk | 12/02/97 | 348 |
| 039755B | Mr Lars-M Feuk | 12/02/97 | 349 |
| 038024F | Mr F V Beutelrock | 21/02/97 | 432 |
| 024886C | Mr B G Sundlun | 21/02/97 | 455 |
| 048584J | Mr D Testu | 21/02/97 | 460 |
| 048173D | Mrs C D Train | 21/02/97 | 462 |
| 026399F | Mr L P Sinsua | 21/02/97 | 472 |
| 025153H | Mr W H Darrah | 24/03/97 | 691 |
| 021557X | Mr R T Smith | 24/03/97 | 692 |
| 027266J | Mr G L Mothershed | 24/03/97 | 694 |
| 008047L | Mr D A Newby | 24/03/97 | 695 |
| 023464D | Mr A Pearson | 24/03/97 | 701 |
| 028194V | Mr J P Ottow | 24/03/97 | 704 |
| 046474N | Mr J M Muela | 24/03/97 | 707 |
| 045142B | Mr J R Moore | 24/03/97 | 709 |
| 019415L | Mr C S McKellar | 24/03/97 | 712 |
| 035784S | Mr G A Martin | 24/03/97 | 716 |
| 031045Q | Mr P Michalove | 24/03/97 | 718 |
| 043703F | Dr R D McConnell | 24/03/97 | 720 |
| 043706K | Mrs M J McConnell | 24/03/97 | 722 |
| 012325N | Mr D P L Hewson | 24/03/97 | 724 |
| 041640Q | Mrs K McN Sloane | 24/03/97 | 735 |
| 037155F | Dr E Williams AGSM BSc MCLB | 24/03/97 | 739 |
| 021020X | Mr J J Shillington Jr | 24/03/97 | 750 |
| 043003S | Mrs J L Soch | 24/03/97 | 751 |
| 016288S | Mr J W Less | 24/03/97 | 760 |
| 036021D | Mr F X Fiore | 24/03/97 | 765 |
| 020844G | Mr B R Farkas | 24/03/97 | 766 |
| 024591H | Miss A Grace BA | 24/03/97 | 768 |

SCHEDULE

13/06/97
10:27

| | | | |
|---|---|---|---|
| 048791V | Ms S Garlick | 24/03/97 | 770 |
| 024823C | Monsieur A Gantes | 24/03/97 | 772 |
| 020910J | Mr J M Glauser FCA | 24/03/97 | 775 |
| 036185E | Mr H R Hansson BScEng | 24/03/97 | 776 |
| 010851E | Mr A W Davies | 24/03/97 | 780 |
| 051281X | Mr A F F Bento | 24/03/97 | 782 |
| 021572H | Mrs R I Arundell | 24/03/97 | 784 |
| 036798N | Mr R B DesBrisay | 24/03/97 | 785 |
| 025103Z | Dr A Breitenwieser | 24/03/97 | 795 |
| 033769G | Mrs M A Butler | 24/03/97 | 798 |
| 047294X | Dr G J Salko MD | 24/03/97 | 802 |
| 037236S | Mr P R Rosen LLB | 24/03/97 | 805 |
| 014923L | Mr T Rock | 24/03/97 | 806 |
| 026648G | Mrs A M J Riddell-Martin | 24/03/97 | 808 |
| 031597E | Mr R W Ruder | 24/03/97 | 809 |
| 047127H | Mrs C J Todorovich | 24/03/97 | 812 |
| 027558Z | Mr W L Trunck | 24/03/97 | 814 |
| 019009G | Captain E L Wheeler | 24/03/97 | 818 |
| 026663X | Mr P Welch BSc AMIEE AIC MI | 24/03/97 | 828 |
| 021717A | Mr T P J Gregory | 22/04/97 | 987 |
| 018136Q | Mr M Suchdev | 16/05/97 | 1125 |
| 031233X | Mr J W Nicholson | 16/05/97 | 1131 |
| 052023L | Mr N S Sevastopoulos | 10/10/96 | 2150 |
| 031980N | Mr D B Berezowski | 25/10/96 | 2419 |
| 035125K | Mr W J Brohman | 25/10/96 | 2430 |
| 049384C | Mr J H Steinhoff | 25/10/96 | 2575 |
| 051883L | Mr W D Stephenson | 25/10/96 | 2577 |
| 021010L | Mr S T Warren | 25/10/96 | 2593 |
| 026288Z | Mr J F Dobler | 18/11/96 | 2859 |
| 042967B | Mr P T Conner | 18/11/96 | 2864 |
| 038630V | Mr K Cohen | 18/11/96 | 2866 |
| 013089B | Mr R M Tolley | 18/11/96 | 2872 |
| 046992N | Mrs R R Wagner | 18/11/96 | 2875 |
| 036752A | Mr P E Vitello | 18/11/96 | 2876 |
| 050215K | Miss B. Byrens, | 18/11/96 | 2918 |
| 023330A | Princess L Magaloff | 18/11/96 | 2921 |
| 016836G | Mr J P Mack CLU CPCU | 18/11/96 | 2924 |
| 046620V | Mrs M Long Navarro | 18/11/96 | 2931 |
| 023622J | Mrs D E Leigh | 18/11/96 | 2937 |
| 012411G | Mr J M Lebolt | 18/11/96 | 2938 |
| 016274V | Mr P L Kohn | 18/11/96 | 2966 |
| 025742L | Mr M D Kingaby | 18/11/96 | 2969 |
| 036359F | Mr D L Jones | 18/11/96 | 2974 |
| 036731A | Mr C G Jacob | 18/11/96 | 2975 |
| 050622D | Mr J D Irlam | 18/11/96 | 2981 |
| 042384K | Mr A M Moore | 18/11/96 | 2984 |
| 049686X | Mr R S Martin | 18/11/96 | 3003 |
| 031908L | Mr A P Marincovich | 18/11/96 | 3004 |
| 049361F | Miss C K Boyle | 18/11/96 | 3007 |
| 042519V | Ms J L Boudreau | 18/11/96 | 3008 |
| 051448X | Mr F L Beam | 18/11/96 | 3018 |
| 021682G | Mr E L Alberts | 18/11/96 | 3023 |
| 051774B | Dr R C Andersen | 18/11/96 | 3027 |

SCHEDULE

13/06/97
10:27

| | | | |
|---|---|---|---|
| 011868G | Mr K Aronson | 18/11/96 | 3030 |
| 016785S | Mr P J Arundell | 18/11/96 | 3031 |
| 013355J | Mr H H Greene | 18/11/96 | 3053 |