**Additional Underwriting Agencies (No. 9) Limited**
**One Lime Street**
**London EC3M 7HA**
**Tel: 0171 327 6139**

28 May 1997

Mr B G Sundlun
"Seaward"
Cliff Avenue
Newport
RI 02840
U S A

**Strictly Private & Confidential** By courier

Dear Sir

**The Society of Lloyd's -v- Bruce G Sundlun**

In accordance with the terms of the Reinsurance & Run-Off Contract dated 3 September 1996 which we entered into on your behalf, we have accepted service on your behalf of proceedings which have been issued out of the Commercial Court in London by Lloyd's.

We enclose the following documents for your immediate attention:-

1. Service copy Writ of Summons; and

2. Prescribed form of Acknowledgment of Service form together with Guidance Notes.

Please note that you should return the Acknowledgment of Service form to the Commercial Court Registry within the period set out in the Guidance Notes to avoid default judgment being taken against you. If you are in any doubt as to how you should act, we recommend that you instruct lawyers in London immediately.

Finally, for the avoidance of doubt, please note that by taking steps to notify you of these proceedings, AUA9 has fulfilled it's obligations to you both under the Reinsurance & Run-Off Contract and under any common law duty it may have to you as your agent. It is your sole responsibility to deal with these proceedings and to respond as you see fit depending upon your circumstances.

Yours faithfully

ADDITIONAL UNDERWRITING AGENCIES (NO.9) LIMITED