EXHIBIT 8



Former
Governor's Residence

June 24, 1997

Dibb Lupton Alsop
6 Dowgate Hill
London, EC4R 2SS

Your Reference SGD/RITC

Seaward
Cliff Avenue
Newport, Rhode Island 02840

Gentlemen:

Acknowledging your letter of 23 May 1997, I resigned from Lloyd's of London in 1993. I do not understand how I have any liablility.

Please advise.

Sincerely,

Bruce Sundlun
cr

Bruce Sundlun

Dictated but not read.

BS:cr