**EXHIBIT 9**



IN THE HIGH COURT OF JUSTICE 1997 Folio No. 455

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

BETWEEN:

THE SOCIETY OF LLOYD'S

Plaintiff

AND

BRUCE G SUNDLUN

Defendant

SUPREME COURT OF JUDICATURE ADMIRALTY & COMMERCIAL REGISTRY 24 JUN 1997

# J U D G M E N T

Dated the 24th day of June 1997

The Plaintiff having undertaken not to pursue the balance of the claim in the Writ therein and no notice of intention to defend having been given by the Defendant herein

**IT IS THIS DAY ADJUDGED** that the Defendant do pay the Plaintiff £98,380.75 (being £92,961.00 in principal plus interest of £5,419.75) and £389.25 costs.

CERTIFIED TRUE COPY
Signed: N. P. Demery
Legal Services Department
Lloyd's

DIBB LUPTON ALSOP
6 Dowgate Hill
London EC4R 2SS

Solicitors for the Plaintiff

Ref: SGD/CJJ