EXHIBIT 11

This exhibit exceeds system limitations. The original exhibit is located in the clerk's office.