UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE SOCIETY OF LLOYD'S,<br>Plaintiff,<br>v.<br>BRUCE SUNDLUN,<br>Defendant. | Civil Action No. 06-106-T |

**DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**

Defendant, Bruce Sundlun, respectfully moves this Court to extend the time in which he must respond to the motion for summary judgment of Plaintiff, The Society of Lloyd's, from November 16, 2006, up to and including Thursday, November 30, 2006. In support of this motion, Defendant states that he requires additional time to address the issues raised in Plaintiff's motion papers. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has assented to this motion.

THE SOCIETY OF LLOYD'S
By its Attorney

/s/ Matthew T. Oliverio
Matthew T. Oliverio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922
mto@om-rilaw.com

BRUCE SUNDLUN
By his Attorneys

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
rflanders@haslaw.com

Dated: November 13, 2006

**Certificate of Service**

I hereby certify that on November 13, 2006, a copy of foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert G. Flanders, Jr.

Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
rflanders@haslaw.com