# EXHIBIT
# 2

(iii) any funds or assets paid or provided in respect of such premium or other consideration or identified or provisionally segregated for the purposes or in connection with the proposed payment or provision of such premium or other consideration; or

(iv) any other matter relating to, affecting or arising out of any liability so reinsured,

be construed as references to the company reinsuring that liability;

(b) subject as aforesaid, include each of the companies so formed.

4. Equitas reinsurance contracts

(1) Subject to the following provisions of this paragraph, the Council:

(a) may direct members of the Society to enter into reinsurance contracts with Equitas with respect to such liabilities, for such premium to be paid or other consideration to be provided to Equitas, and generally on such terms, as shall be specified, provided or referred to in offers made by Equitas to the members concerned under the Equitas scheme;

(b) may direct any underwriting agent for the time being acting as such on behalf of a member of the Society to whom such a direction as is referred to in sub-paragraph (1)(a) is given to enter on behalf of that member into the reinsurance contract specified in that direction;

(c) may direct any underwriting agent for the time being acting as such on behalf of a former member of the Society who remains subject to liabilities to which the Equitas scheme relates to enter on behalf of such former member into reinsurance contracts with Equitas with respect to such liabilities, for such premium to be paid or other consideration to be provided to Equitas and generally on such terms as shall be specified or referred to in an offer made by Equitas to that underwriting agent on behalf of the former member concerned under the Equitas scheme;

(d) may direct any such member of the Society or underwriting agent to execute all such deeds and documents and to do all such acts and things as may appear to the Council to be desirable or expedient in connection with or for the purposes of any such contract of reinsurance as is referred to in the preceding provisions of this sub-paragraph.

(2) A contract of reinsurance with Equitas to which this paragraph applies may include provision to the effect: