# EXHIBIT

# 3

23. No variation, supplement, deletion or replacement of this Agreement (orof any of the documents referred to herein) shall be valid unless it is in writing and signed by or on behalf of each of the signatories hereto.

## COSTS

24. Each of ERL, Lloyd's, the Substitute Agent, Equitas, the ManagingAgent's Trustees, the Trustee shall, except as otherwise agreed in writing, pay its own costs incurred in connection with the preparation and implementation of this Agreement.

## GOVERNING LAW, JURISDICTION AND SERVICE OF PROCESS

### Governing law and jurisdiction

25.1 All rights and obligations, of whatever sort, of any person, arising out of, or in any way related to or connected with, this Agreement and all the terms and provisions hereof and all questions of construction, validity and performancehereunder and all appointments and authorities granted pursuant hereto shall be governed by and construed in accordance with the laws of England. In relationto any proceeding to enforce the rights and/or obligations of any person arising out of, or in any way related to or connected with this Agreement and all appointments and authorities granted pursuant to this Agreement each of the parties hereto, including for the avoidance of doubt each Name and each Closed Year Name for his own part, irrevocably and unconditionally agree that theHigh Court of England and Wales shall have exclusive jurisdiction to settle any dispute and/or controversy of whatsoever nature which may arise out of or in connection with this Agreement and all appointments and authorities granted pursuant hereto or any Name's or Closed Year Name's membership of Lloyd's or underwriting of 1992 and Prior Business and that accordingly, any suit, action or proceeding arising out of such matters shall be brought in such court and, to this end, each party hereto irrevocably agrees to submit to the jurisdiction of the High Court of England and Wales and irrevocably waives (a) any objection which it or he may have now or hereafter to any such suit, action or proceeding being brought in such court and (b) any claim that any such suit, action or proceeding has been brought in an inconvenient forum, and further irrevocably {*33} agrees that a judgment in any suit, action or proceeding brought in the High Court of England and Wales shall be conclusive and binding upon such partyand may be enforced in the courts of any other jurisdiction.

### Service of Process

25.2 Each Name and Closed Year Name not domiciled in the United Kingdom hereby irrevocably appoints the Substitute Agent as agent to accept service of any proceedings in the English courts on his behalf. If for any reason such agent shall cease to act as agent for service of process of any Name, that Name or Closed Year Name shall forthwith appoint a replacement agent, approved by ERL, in London. Failing such appointment within IS days after demand by ERL, ERL shall be entitled to appoint another agent on behalf of the Name or Closed Year Name. Nothing herein shall affect the right to serve process in any other manner permitted by law.

AS WITNESS the hands of the duly authorised representatives of the parties hereto the date and year first above written.

**{Pages 34-54 - Schedule 1: see Adobe Acrobat PDF file}**