UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SOCIETY OF LLOYD'S, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-106-T |
| BRUCE G. SUNDLUN, | : | |
| Defendant. | : | |

**DEFENDANT'S STATEMENT OF DISPUTED FACTS AND ALLEGED UNDISPUTED FACTS THAT DEFENDANT DENIES OR CONTROVERTS**

Pursuant to Local Rule Cv 56(a)(4), Defendant, Bruce Sundlun ("Sundlun"), hereby submits this Statement of Disputed Facts and Alleged Undisputed Facts that Defendant Denies or Controverts. Defendant disputes, denies, or controverts the alleged facts set forth in paragraphs 1-3, 9, 11-13, 18-20, and 23 of Lloyd's statement of undisputed facts. In particular, and as shown in Sundlun's affidavit submitted herewith:

1. Sundlun denies any knowledge of whether he was elected a member of Lloyd's at any time, including on January 1, 1979, and denies ever agreeing to the terms of membership as Lloyd's now asserts those terms to be. (Sundlun Affidavit, ¶¶4-6)

2. Sundlun denies that, as a condition of Sundlun's membership and continuing membership of Lloyd's, he entered into certain agreements governing his membership of and underwriting in the Lloyd's market, one of which was a General Undertaking. (Id.)

3. Sundlun denies that, under the terms of the General Undertaking, he agreed (1) to comply with the provisions of the Lloyd's Acts 1871-1982 and any byelaw

or regulation promulgated thereunder; (2) to submit any dispute arising out of or relating to his membership of, and/or underwriting insurance business at Lloyd's, for resolution by the English courts pursuant to English law; and (3) that a judgment in any proceedings brought in the English courts may be enforced in any other jurisdiction. (Id., ¶5-6)

4. Sundlun denies that, under the Substitute Agents Byelaw, Lloyd's obtained the power to appoint a Substitute Agent for Sundlun at the discretion of the Council of Lloyd's. (Id., ¶6)

5. Sundlun denies that, by virtue of the Resolution and Directions of the Council of Lloyd's effective September 3, 1996, Lloyd's appointed Additional Underwriting Agencies (No. 9) Limited ("AUA9") as a Substitute Agent on Sundlun's behalf. (Id.)

6. Sundlun denies that AUA9 signed the Equitas Reinsurance Contract on his behalf. (Id.)

7. Sundlun denies that the Equitas Reinsurance Contract obligated Sundlun to make payment of an Equitas premium when the Reconstruction and Renewal Plan became effective on September 3, 1996. (Id.)

8. Sundlun denies that, pursuant to the Equitas Reinsurance Contract, Sundlun "irrevocably appoint[ed] the Substitute Agent as agent to accept service of any proceedings in the English courts on his behalf." (Id.)

9. Sundlun denies that Lloyd's served Sundlun by serving a writ of summons and the prescribed acknowledgement of service form on the Substitute Agent, AUA9, in accordance with the terms of the Equitas Reinsurance Contract. (Id., ¶¶6, 9)

10. Sundlun denies that, by letter dated May 28, 1997, AUA9 then forwarded a service copy of the writ of summons and the prescribed Acknowledgment of Service form together with Guidance Notes to Sundlun in the United States. (Id., ¶9)

11. Sundlun denies that, by letter dated June 24, 1997, he acknowledged receipt of the courtesy copy of the writ of summons sent to him by Lloyd's solicitors, Dibb Lupton Alsop, on May 23, 1997. (Id., ¶10)

12. Sundlun denies that he owes Lloyd's money on any judgment or any interest that is currently accruing and due. (Id., ¶¶4-13)

BRUCE SUNDLUN

By his Attorneys,

/s/ Robert G. Flanders, Jr.

Robert G. Flanders, Jr. (#1785)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
rflanders@haslaw.com
apiazza@haslaw.com

DATED: November 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, a copy of the foregoing Statement of Disputed Facts and Alleged Undisputed Facts That Defendant Denies Or Controverts was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert G. Flanders, Jr.

Robert G. Flanders, Jr. (#1785 )
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
rflanders@haslaw.com