UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SOCIETY OF LLOYD'S, *Plaintiff,* | : | |
| vs. | : | C.A. No. 06-106T |
| BRUCE G. SUNDLUN, *Defendant.* | : | |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME TO FILE REPLY BRIEF TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff The Society of Lloyd's respectfully moves this Court to extend the time in which it must reply to the objection of Defendant to Plaintiff's motion for summary judgment from December 10, 2006, up to and including Friday, December 22, 2006. In support of this motion, Plaintiff states that it requires additional time to address certain issues raised in Defendant's responsive papers. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant's counsel has assented to this motion.

/s/ Matthew T. Oliverio
Matthew T. Oliverio, Esq. (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel. (401) 861-2900
Fax. (401) 861-2922

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

Dated: December 6, 2006