**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE SOCIETY OF LLOYD'S,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 06-106T** |
| **BRUCE G. SUNDLUN,** *Defendant* | : | |

**SUPPLEMENTAL DECLARATION OF NICHOLAS DEMERY**

1. My name is Nicholas Demery. I am a solicitor employed by the Society of Lloyd's ("Lloyd's") in the litigation section of the Legal & Compliance Department. I have personal knowledge of the facts stated in this Declaration and the fact that the documents attached hereto have been maintained in the business records of Lloyd's and Sundlun's underwriting agent.

2. Bruce G. Sundlun ("Sundlun") applied for membership with Lloyd's in or about August 1978. True and accurate copies of portions of Sundlun's membership application signed by Sundlun are attached hereto as *Exhibit 1*. As part of the application, Sundlun provided financial information and authorized said information to be verified by Lloyd's.

3. The membership application included an evaluation of Sundlun's financial means. True and accurate copies of portions of the application documents pertaining to Sundlun's assets are attached hereto as *Exhibit 2*.

4. As part of the application process, Sundlun confirmed that he was advised by professional advisor Morton Smith regarding the merits and risks of membership of Lloyd's. A true and accurate copy of the confirmation signed by Sundlun is attached hereto as *Exhibit 3*. In particular, Sundlun confirmed "As an Underwriting Member of Lloyd's my liability is unlimited and in the event of my death my estate will inherit my unlimited liability in respect of business underwritten by me during my Membership." *Exhibit 3*; 3(b).

5. Sundlun was elected as a member of Lloyd's on 6 December 1978 and commenced underwriting with effect from January 1, 1979, as evidenced by the 1979 Undertaking signed by Sundlun. A true and accurate copy of the 1979 Undertaking is attached hereto as *Exhibit 4*.

6. Sundlun posted security with Lloyd's in connection with his membership and underwriting.

7. Sundlun tendered his resignation of his underwriting membership of Lloyd's by signing a letter a true and accurate copy of which is attached hereto as *Exhibit 5*. Said letter expressly stated:

> I hereby confirm that I wish to resign from membership of the Society of Lloyd's to take effect at the year end following this time as from which reinsurance to close in respect of every year of account of every syndicate of which I am a Member has taken effect, or at such other date as the Council/Committee of Lloyd's may in its absolute discretion determine.

8. As a result, Sundlun ceased to underwrite at Lloyd's with effect from 1 January 1993 but, in accordance with the 1979 Undertaking and subsequent Byelaws and agreements, Sundlun would continue as a member until all his underwriting obligations at Lloyd's were settled. This understanding was confirmed by Sundlun's accountant in a letter dated January 13, 1994. A true and accurate copy of said letter is attached hereto as *Exhibit 6*. In any event, Sundlun is liable for the premium adjudged in the English Judgment for obligations arising from his underwriting in the 1992 and prior underwriting years of account.

9. The Equitas Reinsurance Contract, to which Lloyd's members, including Sundlun, are a party contains a choice of law clause consenting to the application of English law and a forum selection clause consenting to jurisdiction in the courts of England. A true and accurate copy of Section 25.1 and Section 25.2 of the Equitas Reinsurance Contract is attached hereto as *Exhibit 7*.

I declare under penalty of perjury under the Laws of the United States of the America that the foregoing is true and correct. Executed on the 21st day of December 2006 at London, England.

N. P. Demery
Nicholas Demery

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *SUPPLEMENTAL DECLARATION OF NICHOLAS DEMERY* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 22nd day of December 2006:

Robert G. Flanders, Jr., Esquire
HINCKLEY ALLEN SNYDER LLP
1500 Fleet Center, Providence, RI 02903

/s/ Matthew T. Oliverio

The hard copies of Exhibits 1 through 7 to the Supplemental Declaration of Nicholas Demery will be filed separately due to size limitation.