UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THE SOCIETY OF LLOYD'S

v.

CA No. 006-106-T

BRUCE SUNDLUN

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
U.S. District Judge

Date: 1/8/07