UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE SOCIETY OF LLOYD'S

v. CA No. 06-106S

BRUCE SUNDLUN

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 1/22/07