UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE SOCIETY OF LLOYD'S

vs. CA NO. 06-106ML

BRUCE SUNDLUN

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
January 23 , 2007

Entered as an Order of this Court on January 23, 2007.

Deputy Clerk