UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SOCIETY OF LLOYD'S, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-106-T |
| | : | |
| BRUCE G. SUNDLUN, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Anna M. Piazza, hereby enter my appearance as co-counsel for the defendant, Bruce G. Sundlun.

/s/ Anna M. Piazza
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
apiazza@haslaw.com

Dated: January 29, 2007

**CERTIFICATION**

I hereby certify that on January 29, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Anna M. Piazza

Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
apiazza@haslaw.com

778525v1 (47702/127777)