**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE SOCIETY OF LLOYD'S,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 06-106L** |
| **BRUCE G. SUNDLUN,** *Defendant* | : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff the Society of Lloyd's ("Lloyd's" or "Plaintiff"), by and through its undersigned counsel, moves for summary judgment against Defendant Bruce G. Sundlun ("Defendant") pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact to be determined, and that Plaintiff is entitled to judgment as a matter of law.

In support of its motion, Plaintiff relies upon the accompanying Memorandum of Law, Rule 12.1 Statement and the Declaration of Nicholas Demery and attached Exhibits.

THE SOCIETY OF LLOYD'S
By its Attorney,

/s/ Matthew T. Oliverio
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

Denied after hearing:
Ronald R. Lagueux
Sr. USDJ 2/21/07