**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE SOCIETY OF LLOYD'S,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 06-106T** |
| **BRUCE G. SUNDLUN,** *Defendant* | : | |

**PLAINTIFF'S NOTICE TO TAKE CONTINUED DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the continued testimony upon oral examination of the Defendant, ***Bruce G. Sundlun***, will be taken before a Notary Public, or before another person authorized to administer oaths, at the offices of OLIVERIO & MARCACCIO LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903 on the 28th day of June, 2007 at 10:00 a.m. Said examination will continue from day to day until completed and is being taken on behalf of the Plaintiff.

You are invited to attend and cross examine.

Plaintiff,
THE SOCIETY OF LLOYD'S,
By its Attorney,

/s/ Matthew T. Oliverio

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

Dated: June 15, 2007

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFF'S NOTICE TO TAKE CONTINUED DEPOSITION* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 15th day of June, 2007.

rflanders@haslaw.com apiazza@haslaw.com

/s/ Matthew T. Oliverio