IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SOCIETY OF LLOYD'S, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-106-T |
| BRUCE G. SUNDLUN, | : | |
| Defendant. | : | |

**STIPULATION**

Plaintiff, the Society of Lloyd's, and Defendant, Bruce Sundlun ("Sundlun"), hereby stipulate as follows:

1. Sundlun withdraws as a defense the invalidity of the signature on the 1987 General Undertaking Agreement.

2. Pursuant to Federal Rule of Civil Procedure 15(a), Sundlun may file the Amended Answer, attached as Exhibit A.

THE SOCIETY OF LLOYD'S
By its Attorney,

/s/ Matthew T. Oliverio

Matthew T. Oliverio (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 (fax)
mto@om-rilaw.com

BRUCE SUNDLUN
By his attorneys,

/s/ Robert G. Flanders, Jr.

Robert G. Flanders, Jr. (#1785)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
apiazza@haslaw.com

Dated: August 31, 2007