IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SOCIETY OF LLOYD'S,<br>Plaintiff, | : | |
| v. | : | C.A. No. 06-106 |
| BRUCE G. SUNDLUN,<br>Defendant. | : | |

**DISMISSAL STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is hereby dismissed with prejudice and no costs, fees or interest to be awarded to either side.

THE SOCIETY OF LLOYD'S

By its Counsel,

/s/ Matthew T. Oliverio
Matthew T. Oliverio (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Phone: (401) 861-2900
Fax: (401) 861-2922
mto@om-rilaw.com

BRUCE G. SUNDLUN

By his Counsel,

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
rflanders@haslaw.com
apiazza@haslaw.com

Dated: October 10, 2007

Enter: Ronald R. Lagueux
Sr. USDJ 10/11/07

833868 (47702-127777)